FAX or Internet

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of
*A teal Kia Soul bearing CA 7JMP019, VIN KNDJT2A55C7400343, located at Hermits Trailhead GCNP*

)
)
)
)
)

Case # 22-4069 MB

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the   Federal          District of   Arizona
*(identify the person or describe the property to be searched and give its location)*:
**A teal Kia Soul bearing California license plate 7JMP019 and VIN KNDJT2A55C7400343, located at the Hermits Rest Trailhead within Grand Canyon National Park, Coconino County, AZ.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal: **See Attachment A and B.**

**YOU ARE COMMANDED** to execute this warrant on or before        March 12, 2022
                                                                  *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    Any U.S. Magistrate in the D. of Ariz              .
                    *(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                ☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____    **Camille D. Bibles** Digitally signed by Camille D. Bibles
                                                            Date: 2022.02.26 17:24:43 -07'00'
                                                *Judge's Signature*

City and State: Flagstaff, Arizona          Camille D. Bibles, United States Magistrate Judge

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                  *Executing Officer's Signature*

                                  *Printed Name and Title*

FAX or Internet

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of<br>*A teal Kia Soul bearing CA 7JMP019, VIN*<br>*KNDJT2A55C7400343, located at Hermits Trailhead GCNP* | ) ) ) ) ) ) ) | Case #   22-4069 MB |

## ELECTRONIC APPLICATION FOR SEARCH WARRANT

I, NPS Park Ranger Eden Wynd, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property :

A teal Kia Soul bearing California License Plate 7JMP019, VIN KNDJT2A55C7400343, located at the Hermits Rest Trailhead, within Grand Canyon National Park, in Coconino County, as further depicted in Attachment A and B.

located in the   Federal   District of   ARIZONA  , there is now concealed

**Private property items as further described in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[x] evidence of a crime;
[x] contraband, fruits of crime, or other items illegally possessed;
[x] property designed for use, intended for use, or used in committing a crime;
[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 36 CFR 2.17(a)(3) | Air Delivery : Delivering or retrieving a person by parachute. |

The application is based upon the following facts.

[x] Continued on the attached sheet (reference attached **Affidavit**).
[ ] Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to 28 U.S.C. §1746(2) I declare under penalty of perjury that the foregoing is true and correct.

*Eden Wynd* /s/
*Applicant's Signature*

Executed on _____

Eden Wynd, NPS Park Ranger
*Printed Name and Title*

Reviewed by AUSA Patrick Schneider

*s/Patrick Schneider*

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.02.26 17:24:13 -07'00'

Date: _____

*Judge's Signature*

City and State: _____

United States Magistrate Judge
*Printed Name and Title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## UN-REDACTED AFFIDAVIT
## (ELECTRONICALLY SUBMITTED)

I, Eden Wynd, a Law Enforcement Park Ranger, being duly sworn, depose and state as follows:

I am employed by the United States Department of the Interior, National Park Service, with approximately seven years of federal service. I am a Park Ranger currently assigned to the South Rim of Grand Canyon National Park in Arizona. Grand Canyon National Park is an area of special maritime and territorial jurisdiction. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

This affidavit is made in support of an application for a search warrant to search and seize instrumentalities, fruits, and evidence of violations of Title 36 of the Code of Federal Regulations 2.17 Air delivery. The property to be searched is a green camouflage backpack, which is described in Attachment A. The items to be seized are described in Attachment B.

The information contained in this Statement of Probable Cause is from my personal knowledge, and from information provided to me by other law enforcement officers and witnesses including those listed herein. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact or occurrence in the matter observed by me or known to the Government.

1. On February 24, 2022, National Park Rangers were notified of an upcoming wingsuit base-jump from the South Rim of the Grand Canyon. The tip stated that an individual would be jumping with a wingsuit and parachute off the South Rim of the Grand Canyon on the morning of February 25, 2022. The tip also stated that an individual identified as DEWITT, Matthew would be photographing the event.

2. On February 25, 2022, at approx. 0715, DEWITT was observed along the rim trail of the South Rim holding a DSLR camera. On February 25, 2022 at approx. 1050 an Instagram profile belonging to DEWITT posted a photograph of an individual in flight wearing a wingsuit, parachute backpack and orange helmet and dark shoes with lighter soles. The foreground and background of the photograph was consistent with the West Rim and inner canyon of the Grand Canyon.

3. On February 25, 2022, Rangers interviewed hikers who had been along the Tonto trail that morning. Hikers reported observing a male individual wearing a orange helmet sitting on the side of the trail with a large green camouflage backpack. The Tonto trail near Salt Creek is within the immediate vicinity of where an individual base jumping off the West Rim would land and attempt to hike out of the canyon. The hikers described the individual wearing the orange helmet as being a slender male with a nose piercing, a gauge piercing in his ear and shoulder length hair.

4. On February 26, 2022, I contacted the backcountry office of the Grand Canyon South Rim. The backcountry office notified me that an individual who identified himself as Eric William DONALD had applied for and received a backcountry permit for the Tonto area for the night of the 25th. The backcountry employee stated DONALD was slender, tall had shoulder length hair and was very evasive when asked to divulge

2

personally identifiable information. DONALD reportedly was very hesitant to pay with a credit card, give his full name or contact information. DONALD asked for a permit to hike in on the South Kaibab trail to Hermit's creek campground. This itinerary is extremely long, not logistically reasonable and a very uncommon route to plan. DONALD stated his vehicle to have registration tag CA 7JMP019. DONALD stated his email address to be skygod26@gmail.com. "Sky god" is a term used in the base-jumping community to describe someone who is a proficient base jumper.

5. On February 26, 2022, at approx. 1200 I observed a vehicle with registration tag CA 7JMP019 parked at the Hermits rest trailhead. I observed the vehicle to be a teal green Kia Soul VIN: KNDJT2A55C7400343. I observed the vehicle to have clothing rolled up in the windows and various pieces of fabric in the windshield, in what appeared to be an attempt to block view into the vehicle. Through the unobstructed driver's side rear window of the vehicle, I observed multiple bags containing what appeared to be parachute rigging and parachute material in the backseat of the vehicle.

6. On February 26, 2022, at approx. 1220, Ranger Yurcik was conducting backcountry permit checks along the Hermits trail. Ranger Yurcik observed a slender male with shoulder length hair, a nose piercing and a gauge piercing in his ear walking towards the Hermits Rest trailhead wearing a large green camouflage backpack. During a permit check, the individual identified himself as DONALD, Eric.

7. On February 26, 2022, at approx. 1250 Rangers observed DONALD arrive at the top of the Hermits Trailhead, observed that Rangers were in the parking lot, then walk away from his vehicle and towards the rim of the canyon. Rangers contacted DONALD who stated he hiked from Hermits Trailhead to the Bright Angel Trailhead,

3

down the Bright Angel Trailhead and back to Hermits Trailhead. DONALD denied a consent search of his backpack and vehicle. When asked why he carried parachute material and rigging, DONALD stated he is a "sky diver" and a "base jumper". DONALD stated he had the material in his car for instructing. While standing at the driver's side door of the vehicle, I detected the odor of marijuana emanating from the interior of the vehicle.

8. From my training and experience, I am aware that base jumpers and wing suit jumpers routinely film themselves using body and or helmet worn cameras while in flight.

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

_____ #561          2/26/2022
Eden Wynd                                  Date
U.S. Park Ranger, National Park Service


  X    Sworn by Telephone


Date/Time: _____

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2022.02.26 17:23:38 -07'00'

CAMILLE. BIBLES
United States Magistrate Judge

4

## ATTACHMENT A

### Property to be Searched

A Teal 2012 Kia Soul vehicle, bearing California license plate 7JMP019, with vehicle identification number: KNDJT2A55C7400343. This vehicle is located at the Hermits Rest Trailhead within Grand Canyon National Park.

# ATTACHMENT B

## Items to be Searched for and Seized

1) A Teal 2012 Kia Soul vehicle, bearing California license plate 7JMP019, with vehicle identification number: KNDJT2A55C7400343, including a search of both the interior and exterior of the vehicle.

2) parachute material, parachutes, parachute rigging, wingsuit(s), other materials or objects used for base-jumping (c) documents, notes, diagrams, photographs, electronic data or other material used in the planning, coordination and implementation of illegal base-jumping, wing suiting, parachuting or skydiving activities.

3) photography or videography equipment and any electronic data contained therein.

4) Controlled substances or paraphernalia