FAX or Internet

☒ FILED ☐ LODGED

**Mar 04 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*A teal Kia Soul bearing CA 7JMP019, VIN*<br>*KNDJT2A55C7400343, located at Hermits Trailhead GCNP* | ) Case #   22-4069 MB<br>)<br>)<br>) |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer.

An electronic application by a federal law enforcement officer for the government requests the search of the following person or property located in the     Federal          District of   Arizona
*(identify the person or describe the property to be searched and give its location)*:
**A teal Kia Soul bearing California license plate 7JMP019 and VIN KNDJT2A55C7400343, located at the Hermits Rest Trailhead within Grand Canyon National Park, Coconino County, AZ.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal: **See Attachment A and B.**

**YOU ARE COMMANDED** to execute this warrant on or before      March 12, 2022
                                                                 *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
      Any U.S. Magistrate in the D. of Ariz          .
         *(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for          days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of                                          .

Date and Time Issued:                      *Camille D. Bibles*   Digitally signed by Camille D. Bibles
                                                                 Date: 2022.02.26 17:24:43 -07'00'
                                            *Judge's Signature*

City and State:   Flagstaff, Arizona                    Camille D. Bibles, United States Magistrate Judge

| Return | | |
|---|---|---|
| Case No.:<br>22-4069 MB | Date and time warrant executed:<br>02/26/22     1903 | Copy of warrant and inventory left with:<br>Vehicle |
| Inventory made in the presence of :   Ranger D. Gillum | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  02/27/22

*Executing Officer's Signature*   #110

Matthew Braun   US Park Ranger
*Printed Name and Title*

1. Parachute – T17 mini
2. Parachute - Tear Drop
3. Parachute - adrenalinebase.com, green/black
4. Parachute – Rage – Mirage G3
5. Parachute – Kortel bag with Woody Valley harness
6. Parachute – grey bag, green/purple/pink parachute
7. Parachute – Performance designs VK096, S/N 2457
8. Wingsuit – S
9. Wingsuit – Freck 2
10. Wingsuit – ML
11. Wingsuit – M+
12. Wingsuit – XL
13. Wingsuit – M
14. Wingsuit – CORVID
15. Helmet -Cookie G4
16. Helmet – D30
17. Mavik Air2 Drone w/ SD card and accessories
18. Bag containing 8 drag parachutes
19. Pink and blue parachute material
20. 3x Jumpsuits
21. Jump jacket
22. Jump pants
23. Canon Rebel T6 camera w/ SD card
24. GoPro Hero 4
25. Macbook Pro
26. Assorted parachute cord and webbing
27. Assorted parachute rigging and repair tools
28. EG18 smoke grenade
29. Wire pull smoke grenade
30. Smoke grenade foot mount
31. Wrist mounts/altimeter/computer/watch x7
32. Flexible eye shields x4
33. Rangerfinder, Unieye HK-1800P
34. Metal pipe
35. Plastic submarine pipe
36. AAD pressure calibrator
37. 500mg THC vape cartridge
38. Eagle Torch, lighter
39. .5 g THC wax
40. External hard drive x3
41. USB drive x2, flash card x2
42. Jump log books, x6